Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Ph: (510) 835-5203
Fax: (510) 835-5205

Attorneys for Plaintiff
HENRY DILLIHANT III

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DILLIHANT III,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTER FOR HUMAN DEVELOPMENT and COUNTY OF CONTRA COSTA,<br><br>    Defendants. | Case No.: 3:16-cv-00220-JSC<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Henry Dillihant III requests a 60 day continuance of the initial case management conference currently set for April 14, 2016.  Service was delayed in the case, and the parties will be unable to properly confer and prepare a joint case management conference statement in time for the currently scheduled case management conference.

DATED:  March 29, 2016        LAW OFFICES OF MAUREEN E. MCFADDEN


                  By: ___/s/_____
                      Maureen E. McFadden

                  Attorneys for Plaintiff
                  HENRY DILLIHANT III

The case management conference is continued to June 16, 2016 at 1:30 p.m., a joint case management conference shall be filed seven days prior to the conference.

Dated: March 31, 2016

REQUEST FOR CONTINUANCE - 1

*GRANTED* — Judge Jacqueline Scott Corley